IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARTY LISH<br><br>　　　　Defendant. | Case No. CR 10-100-E-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

　　　　The Court has before it a motion to continue trial filed by defendant. The defendant requests additional time so that his counsel will have adequate time to prepare for trial. Defense counsel requests a sixty-day continuance, and the Court finds that a continuance until January 3, 2011, would be reasonable given the complexities of this case.

　　　　Under all these circumstances, the Court finds that a continuance is needed to give defense counsel an opportunity to provide an effective defense. Thus, a continuance is warranted under 18 U.S.C. §3161(h)(7)(B)(iv) which authorizes a finding of excludable time when the refusal to grant a continuance would "deny counsel for the defendant ... the reasonable time necessary for effective preparation

**Memorandum Decision & Order - 1**

...." Under these circumstances, the interests of justice in allowing the defense time for effective preparation outweighs the Defendant's and the public's interest in a speedy trial under 18 U.S.C. §3161(h)(7)(A).

The statements of defense counsel establish that the trial should be reset on January 3, 2011, at 1:30 p.m. The Court finds that the period of time between the motion for continuance and the new trial date is excludable time under the Speedy Trial Act. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion for continuance (Docket No. 30) filed by Defendant be, and the same is hereby, GRANTED, and that the present trial date be VACATED, and that a new trial be set for **January 3, 2011, at 1:30 p.m.** in the Federal Courthouse in Pocatello, Idaho.

IT IS FURTHER ORDERED, that the period of time between the filing of the motion for continuance and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A).

IT IS FURTHER ORDERED, that the pretrial conference shall be held on December 21, 2010, at 4:00 p.m. by telephone with the Government placing the call. The Court can be reached at 208-334-9145. Only logistics will be discussed and so the defendant need not be present on the line.

IT IS FURTHER ORDERED, that the Defendant shall file all pretrial motions on or before **December 21, 2010.**



DATED:  **October 12, 2010**

B. LYNN WINMILL
Chief Judge
United States District Court