IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARTY LISH <br><br> Defendant. | Case No. 4:CR 10-100-BLW <br><br> **ORDER** |

The Court has before it a motion to continue trial filed by defendant. The defendant requests additional time so that his counsel will have adequate time to prepare for trial due to a family emergency. The Court finds that a two-day continuance is reasonable.

Under all these circumstances, the Court finds that a continuance is needed to give defense counsel an opportunity to provide an effective defense. Thus, a continuance is warranted under 18 U.S.C. §3161(h)(7)(B)(iv) which authorizes a finding of excludable time when the refusal to grant a continuance would "deny counsel for the defendant ... the reasonable time necessary for effective preparation ...." Under these circumstances, the interests of justice in allowing the defense

**Memorandum Decision & Order - 1**

time for effective preparation outweighs the Defendant's and the public's interest in a speedy trial under 18 U.S.C. §3161(h)(7)(A).

The statements of defense counsel establish that the trial should be reset on January 5, 2011. The Court finds that the period of time between the motion for continuance and the new trial date is excludable time under the Speedy Trial Act. As the Court discussed with counsel, the evidence in this case must be completed by the end of the trial day on January 11, 2011, and closing arguments will be held at the latest on the morning of January 12, 2011.

Moreover, counsel should note that the trial will begin at 9:00 a.m. on January 5, 2011. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the Motion for continuance (docket no. 45) filed by Defendant be, and the same is hereby, GRANTED, and that the present trial date be VACATED, and that a new trial be set for **January 5, 2011, at 9:00 a.m.** in the Federal Courthouse in Pocatello, Idaho.

IT IS FURTHER ORDERED, that the period of time between the filing of the motion for continuance and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A).

IT IS FURTHER ORDERED, that the taking of evidence and testimony shall be completed on or before January 11, 2011.



DATED:  **December 30, 2010**

B. LYNN WINMILL
Chief Judge
United States District Court