IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA | Case No. 4:CR 10-100-BLW |
| --- | --- |
| Plaintiff, | |
| v. | **ORDER** |
| MARTY LISH, | |
| Defendant. | |

Defense counsel filed a Sentencing Memorandum on April 11, 2011, more than a month late. The Sentencing Memorandum is deficient for a number of reasons, including the following: (1) It fails to identify and specifically address the paragraphs of the Presentence Report to which it objects; (2) It seeks a downward departure under *Koon* rather than a variance under *Booker* and 18 U.S.C. § 3553; and (3) it completely ignores the critical issue of career offender.

To allow defense counsel time to file a proper Sentencing Memorandum, and give proper notice to the United States Attorney and Probation Office regarding any objections and plans to present witnesses and evidence at sentencing, the Court will continue the sentencing.

NOW THEREFORE IT IS HEREBY ORDERED, that the sentencing be continued to **May 26, 2011**, at 8:30 a.m. in the Federal Courthouse in Pocatello, Idaho.

IT IS FURTHER ORDERED, that the defendant shall file his amended Sentencing

**Memorandum Decision & Order - 1**

Memorandum, curing the deficiencies listed above, on or before April 25, 2011.

IT IS FURTHER ORDERED, that the defendant shall notify the Assistant United States Attorney assigned to this case and the Clerk Jamie Gearhart (208-334-9021) of any plans to put on evidence at the sentencing hearing on or before April 25, 2011.

IT IS FURTHER ORDERED, that the Probation Office and the U.S. Attorney file any response on or before May 13, 2011.

DATED: **April 13, 2011**

B. LYNN WINMILL
Chief Judge
United States District Court

**Memorandum Decision & Order - 2**