IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff, | Case No. 4:CR 10-100-BLW |
| v. | **ORDER** |
| MARTY LISH | |
| Defendant. | |

The Court has before it the motion of defendant for a new trial pursuant to Federal Rule of Criminal Procedure 33. He argues his counsel was ineffective. The proper procedure for challenging the effectiveness of counsel is by a collateral attack on the conviction under 28 U.S.C. § 2255, after a full record can be developed. *See U.S. v. Ross*, 2011 WL 2678832 (9th Cir. 2011)(unpublished)(affirming denial of motion for new trial based on ineffective assistance). Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion for new trial (Dkt. 137) is DENIED.

**Order - 1**



DATED: **October 19, 2011**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge